UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANJELU SAJETTA,

                       Petitioner,

      -against-

MAGINLEY-LIDDIE, COMMISSIONER,
NEW YORK CITY DEPARTMENT OF
CORRECTION,

                    Respondent.

25-CV-5718 (ALC)

ORDER TO ANSWER,
28 U.S.C. § 2241

ANDREW L. CARTER, JR., United States District Judge:

Having determined that this petition under 28 U.S.C. § 2241 should not be summarily dismissed, the Court hereby orders that:

The Clerk of Court is directed to serve a copy of this order and the petition on the Attorney General of the State of New York and on the District Attorney of New York County by electronic means through the use of the court's CM/ECF system.

Within forty five days of the date of this order, Respondent must file and serve (1) an answer, motion, or other response to the petition. **Respondent is directed to address only: (1) Petitioner's speedy trial claims; and (2) whether Petitioner has fully exhausted his speedy trial claims and, if not, whether such failure should be excused.**

Petitioner may file and serve any reply papers within forty five days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   May 18, 2026
         New York, New York

                             ANDREW L. CARTER, JR.
                             United States District Judge