UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANJELU SAJETTA,

                        Petitioner,

        -against-

MAGINLEY-LIDDIE, COMMISSIONER,
NEW YORK CITY DEPARTMENT OF
CORRECTION,

                        Respondent.

25-CV-5718 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

On June 1, 2026, the Government responded to the Court's May 18, 2026 Order addressing the Government's position on Petitioner Anjelu Sajetta's speedy trial claims. The Government asserts that because Mr. Sajetta's trial concluded on May 28, 2026 in a conviction, the speedy trial claims are now moot. The Court agrees. *Braden v. 30th Judicial Circuit Court of Kentucky,* 410 U.S. 484, 489-90 (1973) The speedy trial claims are denied as moot. The other claims are unexhausted. Therefore, Petitioner's habeas petition is denied.

Because Petitioner has not made a substantial showing of the denial of a constitutional right, certificates of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to issue a judgment dismissing this action for the reasons set forth in this order and also denying a certificate of appealability.

SO ORDERED.

Dated:    June 2, 2026
          New York, New York

_____
        ANDREW L. CARTER, JR.
        United States District Judge