**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANJELU SAJETTA,

                         Petitioner,                            25 **CIVIL** 5718 (ALC)

          -against-                                      **JUDGMENT**

MAGINLEY-LIDDIE, COMMISSIONER,
NEW YORK CITY DEPARTMENT OF
CORRECTION,

                         Respondent.
--------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 2, 2026, Petitioner's habeas petition is denied. Because Petitioner has not made a substantial showing of the denial of a constitutional right, certificates of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
          June 3, 2026

                                      **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

               **BY:**              K. mango

                                   _____
                                     **Deputy Clerk**